■ In the Matter of DAVID E. RIZK et al., Appellants, v KENNETH J. BRAUN, as Sheriff of the County of Erie, et al., Respondents.—Judgment unanimously affirmed, without costs, without prejudice to renewal of the petition upon a definitive showing by petitioners that they are unable to pursue their rights under the grievance procedure *(Rieder v State Univ. of N. Y.,* 47 AD2d 865, affd 39 NY2d 845). (Appeal from judgment of Erie Supreme Court—art 78.) Present—Marsh, P. J., Cardamone, Simons, Denman and Witmer, JJ.